| | | | |
|---|---|---|---|
| Wilkins v. Chardo [35] | 03/30/2016 24 MAL (2016) | Denied | Pa.Super., 134 A.3d 101 |
| Dietz ex rel. Dietz v. W.C.A.B. (Lower Bucks County Joint Mun. Authority) .............. | 03/30/2016 777 MAL (2015) | Denied | Pa.Cmwlth., 126 A.3d 1025 |
| Gilmore v. Borough of Kutztown ...... | 03/23/2016 865 MAL (2015) | Denied | Pa.Cmwlth., 124 A.3d 426 |
| Greater Pittsburgh Social Club v. Pennsylvania Liquor Control Bd. | 03/23/2016 454 WAL (2015) | Denied | Pa.Cmwlth., 124 A.3d 425 |
| Hidden Creek, L.P. v. Lower Salford Twp. Authority ... | 03/23/2016 962 MAL (2015) | Denied | Pa.Cmwlth., 129 A.3d 602 |
| Hidden Creek, L.P. v. Lower Salford Twp. Authority ... | 03/23/2016 920 MAL (2015) | Denied | Pa.Cmwlth., 129 A.3d 602 |
| Kauffman Metals, LLC v. Department of Labor and Industry Office of Unemployment Compensation Tax Services ......... | 03/23/2016 874 MAL (2015) | Denied | Pa.Cmwlth., 126 A.3d 1045 |

**35.** Justice DONOHUE did not participate in the consideration or decision of this matter.